The Honorable Richard S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-031RSL |
| Plaintiff, | ORDER TO UNSEAL |
| v. | |
| BENJAMIN LEE BERENS, | |
| Defendant. | |

Based upon the government's motion, and the representations made therein, the Government's Motion to Unseal is GRANTED.

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the docket and the indictment in the above-captioned case.

DATED this  28th  day of October, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

Order to Unseal Case - 1
*United States v. Berens*, CR21-031RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970