1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   UNITED STATES OF AMERICA,

9                          Plaintiff,        Case No. CR21-31 RSL

10          v.                               DETENTION ORDER

11   BENJAMIN LEE BERENS,

12                          Defendant.

13

14          Mr. Berens is charged with one count of production of child pornography, 18 U.S.C.

15   §§ 2251(a) and (e), and one count of possession of depictions of minors engaged in sexually

16   explicit conduct, 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). The Court held a detention hearing on

17   November 9, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention as

18   stated in the record and hereafter set forth, finds:

19          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20   1.     There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

21   2.     Mr. Berens stipulated to detention. Mr. Berens was not interviewed by pretrial

22          services so little is known as to his background and community ties.

23   3.     Mr. Berens poses a risk of danger due to the nature of the offense.

4.    Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Berens's appearance at future court hearings while addressing the danger to other persons or the community.

5.    Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Berens as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1)    Mr. Berens shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Mr. Berens shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Berens is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Berens, to the United States Marshal, and to the United States Pretrial Services Officer.

\\

\\

DETENTION ORDER - 2

Dated this 10 day of November, 2022.


MICHELLE L. PETERSON
United States Magistrate Judge