Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

BENJAMIN LEE BERENS

Defendant[S].

NO. CR21-031 RSL

[Proposed]

ORDER TO SEAL DOCUMENT

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 to its Motion to Admit Evidence Under Rule 401/403 and 404(b),

It is hereby ORDERED that the Exhibit 1 to its Motion to Admit Evidence Under Rule 401/403 and 404(b), shall remain sealed.

DATED this 9th day of Feb. , 2024.

ROBERT S. LASNIK
United States District Judge

Order to Seal - 1
*United States v. Berens* / CR21-031 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Presented by:

2    *s/ Laura Harmon*
3    LAURA HARMON
     Special Assistant United States Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order to Seal - 2
*United States v. Berens* / CR21-031 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970